**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00808-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

FRANK STURGELL,

    Plaintiff,

v.

THE TOWN OF FRISCO MUNICIPAL JUDGE RON CARLSON, In his
    Official Capacity and in his Person, et al.,[1]

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Frank Sturgell currently resides in Lakewood, Colorado. On April 8, 2016, Plaintiff initiated this action by filing *pro se* a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) ___ is not submitted
(2) _X_ is not on proper form (must use the Court's current (long form))
(3) ___ is missing date and original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not properly notarized

---

[1] Plaintiff has named over 120 defendants. Until Plaintiff has cured and the Court has completed an initial review, the caption will refer to the other 120 plus defendants as "et al."

1

(7) \_\_\_ names in caption do not match names in caption of complaint, petition or application
(8) \_\_\_ other:

**Complaint or Petition**:
(8) \_\_\_ is not submitted
(9) \_\_\_ is not on proper form
(10)\_\_\_ is missing an original signature by the Plaintiff
(11)\_\_\_ is incomplete
(12)\_\_\_ uses et al. instead of listing all parties in caption
(13)\_\_\_ names in caption do not match names in text of Complaint
(15) X addresses must be provided for all defendants/respondents in the Parties section of the Complaint,
(16)\_\_\_ other:

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

    FURTHER ORDERED that Plaintiff shall obtain the Application to Proceed in District Court Without Prepaying Fees or Costs (**Long Form**), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiency. It is

    FURTHER ORDERED that if Plaintiff fails to cure all designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

    DATED April 9, 2016, at Denver, Colorado.

                  BY THE COURT:

                    s/Gordon P. Gallagher
                    United States Magistrate Judge